TORKILDSON KATZ
HETHERINGTON HARRIS & KNOREK
Attorneys at Law, A Law Corporation

JOHN L. KNOREK          2968-0
(John.Knorek@torkildson.com)
BRIAN W. TILKER          9684-0
(Brian.Tilker@torkildson.com)
700 Bishop Street, 15th Floor
Honolulu, HI  96813
Telephone: (808) 523-6000
Facsimile: (808) 523-6001

Attorneys for Defendants
THE ASSOCIATION OF APARTMENT
OWNERS OF MAKAHA SHORES and
HAWAIIANA MANAGEMENT COMPANY,
LTD.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ALAN BAILEY, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF CHARLES BAILEY,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>THE ASSOCIATION OF APARTMENT OWNERS OF MAKAHA SHORES; HAWAIIANA MANAGEMENT COMPANY, LTD.; ROBERT J. COOPER; CELESTE E. DUNCAN; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE | CIVIL NO. _____<br><br>DEFENDANTS THE ASSOCIATION OF APARTMENT OWNERS OF MAKAHA SHORES AND HAWAIIANA MANAGEMENT COMPANY, LTD.'S NOTICE OF REMOVAL OF STATE COURT ACTION TO FEDERAL COURT; DECLARATION OF BRIAN W. TILKER; EXHIBITS "A" – "B"; CERTIFICATE OF SERVICE<br><br>*(caption continues)* |

CORPORATIONS 1-10; DOE ENTITIES
1-10;

                Defendants.

**DEFENDANTS THE ASSOCIATION OF APARTMENT OWNERS
OF MAKAHA SHORES AND HAWAIIANA MANAGEMENT
COMPANY, LTD.'S NOTICE OF REMOVAL
OF STATE COURT ACTION TO FEDERAL COURT**

Defendants THE ASSOCIATION OF APARTMENT OWNERS OF

MAKAHA SHORES and HAWAIIANA MANAGEMENT COMPANY, LTD.

("Defendants"), through their undersigned legal counsel, gives Notice of Removal

to the United States District Court for the District of Hawaiʻi of the state court

action filed in the Circuit Court of the First Circuit, State of Hawaiʻi captioned

*Alan Bailey, Individually and as Personal Representative of the Estate of Charles
Bailey v. The Association of Apartment Owners of Makaha Shores, et. al.,* Civil

No. 1CCV-21-0001354.

      This Notice of Removal is made under 28 U.S.C. §§ 1331, 1441, and 1446,

and is based on the following:

      1.     On November 2, 2021, Plaintiffs "ALAN BAILEY, Individually and

as Personal Representative of the Estate of CHARLES BAILEY" (hereinafter,

"Plaintiffs") filed a civil action (the "Circuit Court Action") in the Circuit Court of

the First Circuit, State of Hawaiʻi, against – *inter alia* – Defendants THE

ASSOCIATION OF APARTMENT OWNERS OF MAKAHA SHORES and

HAWAIIANA MANAGEMENT COMPANY, LTD. (collectively, "Defendants"). A copy of the Summons and Complaint filed November 2, 2021 is attached hereto as **Exhibit "A."**  Declaration of Brian W. Tilker ("Tilker Decl."), Ex. "A" (hereinafter cited as "Complaint" or "Compl.").

2.      In the Complaint, Plaintiffs seek relief from Defendants relating to an alleged "request for reasonable accommodation" concerning a "service dog" and certain "fines" by or on behalf the Association in connection with such issues.  *See* Compl. ¶¶ 20, 21, 24, 26, 28, 31, and 36.

3.      The Court has federal question jurisdiction over this matter because the Complaint purports to set forth claims against Defendants under the Sections 302 and 503 of the Americans with Disabilities Act of 1990.  *See* Compl. ¶¶ 63-64. The Court also has federal question jurisdiction over this matter because the Complaint purports to set forth claims against Defendants under Section 504 of the Rehabilitation Act of 1973.  *See* Compl. at ¶¶ 66-67.

4.      Defendants were served with the Complaint on June 1, 2022.  See Compl., at Service of Process Transmittal.   Accordingly, pursuant to § 1446(b), this Notice of Removal is timely filed.

5.      Pursuant to § 1446(d), copies of this Notice of Removal are being contemporaneously served on Plaintiffs and filed with the Clerk for the Circuit Court of the First Circuit, State of Hawai'i.

6.     To the best of Defendants' knowledge, information, and belief, Plaintiffs have yet to serve defendants "ROBERT J. COOPER" ("Cooper") and "CELESTE E. DUNCAN" ("Duncan").  As of the date of this filing, Plaintiffs have yet to file a return of service as to any named defendant in this case, including Cooper and Duncan.  *See* Tilker Decl. ¶ 3, **Exhibit "B"**.   Therefore, Defendants are not required to obtain the consent of Cooper or Duncan to the removal of this matter to this Court.  *See Emrich v. Touche Ross & Co.*, 846 F.2d 1190, 1193 n.1 (9th Cir. 1988) (unserved defendants need not consent to removal); *accord Baiul v. NBC Sports, a division of NBCUniversal Media, LLC*, 732 Fed.Appx. 529, 531 (9th Cir. Apr. 27, 2018).

7.     The District of Hawai'i is the United States District Court encompassing the Circuit Court of the First Circuit, State of Hawai'i, where the Circuit Court Action is pending.  See 28 U.S.C. §81(a)(3).  Accordingly, removal to this Court is proper.  *See id.* § 1441(a).

//

//

//

//

//

//

-4-

DATED:  Honolulu, Hawaii, June 21, 2022.

TORKILDSON KATZ
HETHERINGTON HARRIS & KNOREK
Attorneys at Law, A Law Corporation


__*/s/ Brian W. Tilker*_____
JOHN L. KNOREK
BRIAN W. TILKER

Attorneys for Defendants
THE ASSOCIATION OF APARTMENT
OWNERS OF MAKAHA SHORES and
HAWAIIANA MANAGEMENT
COMPANY, LTD.