## UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

**JOHN A. MANNLE**
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

September 29, 2022

Circuit Court (O`ahu First Circuit)
Ka`ahumanu Hale
777 Punchbowl Street
Honolulu HI 96813-5093

    Re:   Alan Bailey, Individually and as Personal Representative of the Estate of Charles Bailey v. The Association of Apartment Owners of Makaha Shores, et al.

          **First Circuit Court Case No. 1CCV-21-0001354**
          USDC HI Case No. 22-000278 LEK-RT

Dear Clerk,

    Please be advised that on September 28, 2022, U.S. District Judge Leslie E. Kobayashi entered an order remanding this case to the Circuit Court of the First Circuit, State of Hawaii. Enclosed, please find a certified copy of the "Stipulation to Remand Action; Order", ECF No. 28 and the docket sheet.

          Sincerely Yours,

          JOHN A. MANNLE, CLERK

          by: /s/ EA, Deputy Clerk



cc: All Counsel of Record via CM/ECF

**To Circuit Court of the First Circuit, State of Hawaii:**
Please acknowledge receipt on the copy of this letter and return.

Date: _____   By: _____